**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Deborah Brown, *et al.*,

                Plaintiffs,

   -against-                                    17 **CIVIL** 9078 (AJN)

                                                          **JUDGMENT**

City of New York,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated October 15, 2020, the Court approves the settlement agreement in full; accordingly, this case is closed.

**Dated:**  New York, New York
           October 16, 2020

                                                       **RUBY J. KRAJICK**
                                                       _____
                                                          **Clerk of Court**
                                               **BY:** *(signature)*
                                                         **Deputy Clerk**